

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                       ) SS
NEW CASTLE COUNTY)

Re:    ETHAN THOMAS VS. INTERLAKE LEASING IV INC
         Civil Action No. 05-11443GAOOSW

     Julia Kemp, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon BRIAN PENROD, SERVICE OF PROCESS OF THE CORPORATION TRUST COMPANY, REGISTERED AGENT FOR NEW ENGLAND FAST FERRY OF MASSACHUSETTS, L L C. AT:1209 ORANGE STREET, WILMINGTON, DELAWARE 19801 on 7/25/2005 at 12:15PM a copy of Out of State Summons and Plaintiff's Complaint and Demand for Trial by Jury.
     The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

                                                              DEPUTY SHERIFF
                                                              NEW CASTLE COUNTY

STATE OF DELAWARE)
                       ) SS
NEW CASTLE COUNTY)

     BE IT REMEMBERED that on July 26, 2005 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Julia Kemp, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
     SWORN AND SUBSCRIBED before me, the date and year aforesaid.

                                                                  Notary Public

                                                                  DIANE D. BAKER
                                                                  Notary Public - State of Delaware
                                                                  My Comm. Expires Dec. 23, 2005