

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                 ) SS
NEW CASTLE COUNTY)

Re:   ETHAN THOMAS VS. INTERLAKE LEASING IV INC
      Civil Action No. 05-11443GAOOSW

    Julia Kemp, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **BRIAN PENROD**, SERVICE OF PROCESS OF THE CORPORATION TRUST COMPANY, REGISTERED AGENT FOR NEW ENGLAND FAST FERRY COMPANY LLC. AT: 1209 ORANGE STREET, WILMINGTON, DELAWARE 19801 on 7/25/2005 at 12:15 PM a copy of Out of State Summons and Plaintiff's Complaint and Demand for Trial by Jury.
    The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

                                                      DEPUTY SHERIFF
                                                      NEW CASTLE COUNTY

STATE OF DELAWARE)
                 ) SS
NEW CASTLE COUNTY)

    **BE IT REMEMBERED** that on July 26, 2005 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Julia Kemp, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
    **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

                                                       Notary Public

                                        **DIANE D. BAKER**
                                 Notary Public - State of Delaware
                                 My Comm. Expires Dec. 23, 2005