```
        UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
```

                                    CIVIL ACTION
                                    NO. 05-11443-GAO

**ETHAN THOMAS**
    **Plaintiff,**

VS.

**NEW ENGLAND FAST FERRY**
**OF MASSACHUSETTS, LLC,**
**NEW ENGLAND FAST FERRY**
**COMPANY, LLC, and**
**INTERLAKE LEASING IV, INC.,**
    **Defendants.**

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorneys for defendants, New England Fast Ferry of Massachusetts, LLC, New England Fast Ferry Company, LLC and Interlake Leasing IV, Inc., in the above-entitled action.

                      By its attorneys,

                      **CLINTON & MUZYKA, P.C.**

                      "/s/Terence G. Kenneally"
                      **Thomas J. Muzyka**
                      **BBO NO. 365540**
                      **Terence G. Kenneally**
                      **BBO NO: 642124**
                      One Washington Mall
                      Suite 1400
                      Boston, MA 02108
                      (617) 723-9165

Dated:  August 30, 2005