UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11443-GAO

**ETHAN THOMAS**
    **Plaintiff,**

VS.

**NEW ENGLAND FAST FERRY OF MASSACHUSETTS, LLC, NEW ENGLAND FAST FERRY COMPANY, LLC, and INTERLAKE LEASING IV, INC.,**
    **Defendants.**

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

**NEW ENGLAND FAST FERRY OF MASSACHUSETTS, LLC, NEW ENGLAND FAST FERRY COMPANY, LLC, and INTERLAKE LEASING IV, INC.**      **CLINTON & MUZYKA, P.C.**

"/s/ Williette A. Gardiner"       "/s/ Thomas J. Muzyka"
**Williette A. Gardiner**       **Thomas J. Muzyka**
St. Paul Fire and Marine       **BBO NO. 365540**
Insurance Company       One Washington Mall
233 Broadway, Suite 2600       Suite 1400
New York, NY  10279       Boston, MA 02108
(212) 898-9200       (617)723-9165

Dated: November 14, 2005