UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ethan Thomas
            Plaintiff(s)

V.                              CIVIL CASE NO. 05-11443-GAO

New England Fast Ferry of MA, LLC
            Defendant(s)

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a mediation hearing on 12/19/2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

It is further ORDERED that all PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

11/17/2006                              By: /s/ Marc K. Duffy, Esq.
   Date                                     Deputy Clerk

(ADR NOTICE (Fast Ferry).wpd - 3/7/2005)