**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Ethan Thomas  </u>
             Plaintiff(s)

             V.                           CIVIL ACTION   NO.   05-11443-GAO

<u>  New England Fast Ferry  </u>
<u>  Of Massachusetts, et al.  </u>
             Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  <u>  O'Toole  </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  <u>  12/19/2006  </u>  I held the following ADR proceeding:

        _____    SCREENING CONFERENCE    _____  EARLY NEUTRAL EVALUATION
        \_\_\_X\_\_\_    MEDIATION                           _____  SUMMARY BENCH / JURY TRIAL
        _____    MINI-TRIAL                           _____  SETTLEMENT CONFERENCE

    All parties were represented by counsel  [except _____]
    The parties  were not  present in person, but by an authorized officer. [except_____].
    The case was:

[ ]    Settled.  Your clerk should enter a <u>   </u> day order of dismissal.

[ ]    There was progress.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

<u>  12/19/2006  </u>                                  <u>  Marianne B. Bowler, USMJ  </u>
DATE                                                ADR Provider

(ADR Report (Thomas).wpd  - 4/12/2000)                                    [adrrpt.]