UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____

ETHAN THOMAS,                          )
            Plaintiff                  )
                                       )
                                       )        Civil Action
V.                                     )
                                       )        No. 05-11443-GAO
NEW ENGLAND FAST FERRY OF              )
MASSACHUSETTS, LLC,                    )
NEW ENGLAND FAST FERRY                 )
COMPANY, LLC,  and                     )
INTERLAKE LEASING IV, INC.,            )
            Defendants                 )
_____)

WITHDRAWAL OF MOTION FOR A PROTECTIVE ORDER REGARDING
DEPOSITIONS NOTICED BY THE DEFENDANT FOR MAY 15, 2007 (Docket #16)

        NOW COMES the Plaintiff, and withdraws the above referenced motion, as this matter

has now been resolved.


                                    Respectfully submitted for
                                    the Plaintiff, by his attorney,


                                    /s/ David J. Berg, Esq.
                                    David J. Berg, Esq.
                                    Latti & Anderson LLP
                                    30-31 Union Wharf
                                    Boston, MA 02109
                                    (617) 523-1000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


<u>/s/ David J. Berg, Esq.</u>
David J. Berg, Esq.

Dated: May 8, 2007