UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ETHAN THOMAS,<br>    Plaintiff<br><br>V.<br><br>NEW ENGLAND FAST FERRY OF MASSACHUSETTS, LLC,<br>NEW ENGLAND FAST FERRY COMPANY, LLC, and<br>INTERLAKE LEASING IV, INC.,<br>    Defendants | Civil Action<br><br>No. 05-11443-GAO |

### OPPOSITION TO DEFENDANT'S MOTION FOR CORI ACCESS REGARDING THE PLAINTIFF

NOW COMES the Plaintiff, and states as follows:

1. Defendant has sought access to all of the Plaintiff's CORI information. Defendant contends that it should be allowed access "for the purpose of impeachment during the trial of this matter."

2. The Plaintiff objects to this request because it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence in violation of Fed.R.Civ.P. 26(b)(1), and because it is unduly invasive of the Plaintiff's privacy.

3. CORI information includes a person's entire criminal record, including arrests. M.G.L. c. 6, §167. The Defendant's request for the Plaintiff's entire CORI file is beyond the scope of discovery as it seeks information that is 1) not reasonably calculated to lead to the discovery of admissible evidence, and 2) clearly inadmissible at trial. Fed.R.Civ.P. 26(b)(1); Fed.R.Evid. 609.

4. Because access to the Plaintiff's entire CORI file is not reasonably

calculated to lead to the discovery of admissible evidence, the Defendant's motion should be denied. Because access to the Plaintiff's entire CORI file has nothing to do with impeachment for the reasons stated above, the Defendant's motion is in violation of M.G.L. c. 6, §172(c).

WHEREFORE, the Plaintiff respectfully requests:

A. That Defendant's request for access to CORI information be denied.

B. For such other and further relief as may be just.

>Respectfully submitted for the
>the Plaintiff, by his attorney,
>
>/s/ David J. Berg, Esq.
>David J. Berg, Esq.
>Latti & Anderson LLP
>30-31 Union Wharf
>Boston, MA 02109
>(617) 523-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

>/s/ David J. Berg, Esq.
>David J. Berg, Esq.
>Latti & Anderson LLP
>30-31 Union Wharf
>Boston, MA 02109
>617-523-1000

Dated: June 14, 2007