UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11443-GAO

ETHAN THOMAS
     Plaintiff,

vs.

NEW ENGLAND FAST FERRY OF
MASSACHUSETTS, LLC, NEW
ENGLAND FAST FERRY COMPANY, LLC,
and INTERLAKE LEASING IV, INC.,
     Defendants.

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S RULE 26(A)(3) DISCLOSURE

Now come the defendants, New England Fast Ferry of Massachusetts, LLC., New England Fast Ferry Company, LLC., and Interlake Leasing IV, Inc., in the above-entitled action, by and through their undersigned counsel, Clinton & Muzyka, P.C., and submit their Objections to Plaintiff's Pre-trial Disclosure pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

B.    **Designation of witnesses whose testimony will be presented by deposition**

Michael Glasfeld - deposition excerpts

10/8 - 10/11 - Objection -
Irrelevant & unfairly prejudicial; Speculative and Ambiguous; Hearsay.

15/12 15/16 - Objection -
Irrelevant & unfairly prejudicial; Speculative and Ambiguous; Hearsay.

15/21 – 16/14 – Objection –
Irrelevant & unfairly prejudicial; Speculative and
Ambiguous; Hearsay.

18/4 – 18/21 – Objection –
Irrelevant & unfairly prejudicial; Speculative and
Ambiguous.

C.    **Identification of Exhibits**

<u>Exhibits that the plaintiff expects to offer</u>

1.    Photographs of winch
      – Objection –
      Irrelevant & unfairly prejudicial; lack of
      foundation.

      The defendant proposes that the parties
      should exchange photographic exhibits at the
      forthcoming Pre-Trial Conference to eliminate
      any potential for surprise at trial.

2.    Photographs of transfer bridge
      – Objection –
      Irrelevant & unfairly prejudicial; lack of
      foundation.

      The defendant proposes that the parties
      should exchange photographic exhibits at the
      forthcoming Pre-Trial Conference to eliminate
      any potential for surprise at trial.

3.    Photographs of Plaintiff
      – Objection –
      Irrelevant & unfairly prejudicial; lack of
      foundation.

      The defendant proposes that the parties
      should exchange photographic exhibits at the
      forthcoming Pre-Trial Conference to eliminate
      any potential for surprise at trial.

5.    Audiotape of Plaintiff
      – Objection –

Irrelevant & unfairly prejudicial; lack of
foundation; Hearsay.

7.  Plaintiff's earnings records from the
    Steamship Authority
    – Objection –
    Irrelevant & unfairly prejudicial; lack of
    foundation; Redundant information.

13. Medical bills from Beth MacDonald, M.D.
    – Objection –
    Hearsay; lack of foundation.

14. Medical bills from Martha's Vineyard Hospital
    – Objection –
    Hearsay; lack of foundation.

15. Medical bills from Beth Israel Deaconess
    Medical Center
    – Objection –
    Hearsay; lack of foundation.

16. Medical bills from Shields MRI – Dartmouth
    – Objection –
    Hearsay; lack of foundation.

17. Medical bills from Barbara Stelle, M.D.
    – Objection –
    Hearsay; lack of foundation.


                              By their attorneys,
                              **CLINTON & MUZYKA, P.C.**


                              "/s/ Thomas J. Muzyka"
                              **Thomas J. Muzyka**
                              **BBO NO: 365540**
                              **Terence G. Kenneally**
                              **BBO NO: 642124**
                              One Washington Mall
                              Suite 1400
                              Boston, MA  02108
                              (617) 723-9165


        Dated:  June 20, 2007