UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11443-GAO

ETHAN THOMAS
    Plaintiff,

VS.

NEW ENGLAND FAST FERRY OF
MASSACHUSETTS, LLC, NEW
ENGLAND FAST FERRY COMPANY, LLC,
and INTERLAKE LEASING IV, INC.,
    Defendants.

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action against the defendants, NEW ENGLAND FAST FERRY COMPANY, LLC and INTERLAKE LEASING IV, INC., be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 6th. day of July 2007.

ATTORNEY FOR PLAINTIFF

**"/s/David J. Berg"**
**David J. Berg**
**BBO No. 558624**
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

2

**ATTORNEY FOR DEFENDANTS,**

**NEW ENGLAND FAST FERRY OF MASSACHUSETTS, LLC, NEW ENGLAND FAST FERRY COMPANY, LLC, and INTERLAKE LEASING IV, INC.,**

<u>**"/s/Thomas J. Muzyka"**</u>
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165