UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ETHAN THOMAS, )<br>    Plaintiff )<br> )<br>V. )<br> )<br>NEW ENGLAND FAST FERRY OF )<br>MASSACHUSETTS, LLC, )<br>    Defendant )<br> ) | Civil Action<br><br>No. 05-11443-GAO |

### PLAINTIFF'S VOIR DIRE QUESTIONS

1.     Do you have convictions which might prevent or affect your rendering an impartial verdict on the issues to be decided; and, if the evidence so warrants, on the damages you award?

2.     Have you heard anything or read anything that has influenced in any way your feelings about the court system, law suits for personal injuries, law suits in general, or the size of jury verdicts?

3.     Have you, your spouse, or any member of your immediate family worked in the health care field?  If so, the name of your employer and the job you performed.

4.     Do you, your spouse, or any member of your immediate family have a United States Coast Guard license?

5.     Have you, your spouse, or any member of your immediate family ever worked at sea in the United States Navy or Coast Guard?  If so, in what position?

6.     Have you, your spouse, or any member of your immediate family worked at sea on a commercial fishing vessel, as a member of the merchant marine, or on a vessel carrying passengers for hire, such as a ferry or a whale watch boat?  If so, the name of your employer and the job you performed.

7.      Is there any reason why you might not be able to render a fair and impartial verdict in a lawsuit in which the plaintiff is claiming personal injuries?

8.      Is there any reason why you might not be able to render a fair and impartial verdict in a lawsuit involving the docking of a ferry?

9.      Have you, your spouse or any member of your immediate family ever sued anyone or been sued in a law suit?  If so, what was the law suit about and what was the result?

10.     Have you, your spouse, or any member of your immediate family owned your own business?

11.     Have you, your spouse, or any member of your immediate family ever suffered an injury in an accident that was totally or partially disabling for any significant period of time?

 

Respectfully submitted for the
the Plaintiff, by his attorney,

/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                        /s/ David J. Berg, Esq.
                                        David J. Berg, Esq.
                                        Latti & Anderson LLP
                                        30-31 Union Wharf
                                        Boston, MA 02109
                                        617-523-1000

Dated: July 10, 2007