**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

                                                             CIVIL ACTION
                                                             NO. 05-11443-GAO

**ETHAN THOMAS**
     **Plaintiff,**

**VS.**

**NEW ENGLAND FAST FERRY OF**
**MASSACHUSETTS, LLC,**
     **Defendant.**

## STIPULATION OF THE PARTIES

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate and agree as follows:

1. During the time that the plaintiff was out of work, he sustained net lost wages in the amount of $4,061.00.

2. The plaintiff incurred medical treatment costs in the amount of $9,870.72 for injuries sustained on December 27, 2004. It is agreed that the amounts of these charges are fair and reasonable.

3. There are no other liquidated pecuniary losses.

2

Dated this 11th. day of July 2007.

**ATTORNEY FOR PLAINTIFF,**

**ETHAN THOMAS**

**"/s/David J. Berg"**
**David J. Berg**
**BBO No. 558624**
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

**ATTORNEY FOR DEFENDANT,**

**NEW ENGLAND FAST FERRY OF MASSACHUSETTS, LLC,**

**"/s/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165