```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT


                                         CIVIL ACTION
                                         NO. 05-11443-GAO


ETHAN THOMAS
     Plaintiff,

VS.

NEW ENGLAND FAST FERRY OF
MASSACHUSETTS, LLC
     Defendant.
```

## DEFENDANT'S WITNESS LIST

1. Albion G. Davis, III
   758 Purchase Street
   New Bedford, MA 02740

2. Michael Glasfeld
   42 Clift Street
   Mystic, CT 06355

3. Henry A. McKenna, P.E.
   35 Hubbard Road
   Weston MA 02493

4. Brian Mercer, MD
   173 Lincoln Street
   Newton, MA  02161

5. Mark K. Rozum
   4 Cranberry Ridge Rd.
   Mashpee, MA 02649

6. Raymond DeBettencourt
   317 State Road
   Vineyard Haven, MA 02568

The Defendant also reserves the right to call any witness listed by the Plaintiff, any necessary rebuttal witness, and any witness necessary to authenticate any document which is introduced as evidence during the trial.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   At Boston, MA July 12, 2007