```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

                                            CIVIL ACTION
                                            NO. 05-11443-GAO


**ETHAN THOMAS**
    **Plaintiff,**

**VS.**

**NEW ENGLAND FAST FERRY OF**
**MASSACHUSETTS, LLC**
    **Defendant.**


### DEFENDANT'S REQUEST TO SEQUESTER FACTUAL WITNESSES

Now comes the defendant, New England Fast Ferry of Massachusetts, LLC, in the above captioned matter, by its counsel, and respectfully requests that this Honorable Court, pursuant to Rule 615 of the Federal Rules of Evidence sequester all factual witnesses from the Courtroom during the presentation of evidence.

The defendant requests that a representative of the defendant limited liability corporation, and defendant's expert witnesses be excluded from this Order.

**WHEREFORE,** the defendant prays that its request to exclude all factual witnesses from the Courtroom during the presentation of evidence be granted.

                                       **By its attorney,**

2

**CLINTON & MUZYKA,**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165


Dated: At Boston, MA  July 12, 2007