UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
)
ETHAN THOMAS,                                    )
    Plaintiff                                       )
                            )
                            )          Civil Action
V.                                                        )
                            )          No. 05-11443-GAO
NEW ENGLAND FAST FERRY OF              )
MASSACHUSETTS, LLC,                          )
NEW ENGLAND FAST FERRY                   )
COMPANY, LLC,  and                              )
INTERLAKE LEASING IV, INC.,              )
    Defendants                                     )
_____)

PLAINTIFF'S WITNESS LIST

Albion G. Davis, III
758 Purchase St.
New Bedford, MA 02740

Michael Glasfeld
42 Clift St.
Mystic, CT 06355

Richard F. McElhinney
33 Clover Hill Dr.
Vineyard Haven, MA 02568

Barbara A. Stelle, M.D.
P.O. Box 2538
Edgartown, MA 02539

Ethan Thomas
P.O. Box 2900
Edgartown, MA 02539

Dennis A. Vogel
25 June Ave.
Oak Bluffs, MA 02568

Respectfully submitted for the
the Plaintiff, by his attorney,


/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: July 12, 2007