UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| ETHAN THOMAS,                       ) | |
|      Plaintiff                      ) | |
|                                     ) | Civil Action |
| V.                                  ) | |
|                                     ) | No. 05-11443-GAO |
| NEW ENGLAND FAST FERRY OF           ) | |
| MASSACHUSETTS, LLC,                 ) | |
|      Defendant                      ) | |
| _____) | |

### PLAINTIFF'S SPECIAL VERDICT QUESTIONS

1.    Negligence

Do you find that the Defendant was negligent and that its negligence was a proximate

cause of injury to the Plaintiff?

Yes _____                    No _____

*IF YOU HAVE ANSWERED "NO" TO QUESTION # 1 ABOVE, YOU
HAVE FOUND FOR THE DEFENDANT AND NEED NOT ANSWER ANY
FURTHER QUESTIONS*

2.    Contributory Negligence

A)    Do you find that the Plaintiff was negligent and that his negligence was a

proximate cause of his injuries?

Yes _____                    No _____

B)    If you have answered "Yes" to question 2(A) above, please state in what percent

the Plaintiff's negligence caused or contributed to his own injuries.

_____ %

3.      Please state in dollars, in words and numbers, the total amount the damages, both

economic and non-economic, which the Plaintiff has sustained or will sustain in the future,

which were caused by the negligence of the Defendant.


$\$_____$


_____


Respectfully submitted for the
the Plaintiff, by his attorney,


/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: July 12, 2007

2