UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11443-GAO

ETHAN THOMAS
    Plaintiff,

VS.

NEW ENGLAND FAST FERRY OF
MASSACHUSETTS, LLC
    Defendant.

## DEFENDANT'S EXHIBIT LIST

1. Rozum Memo dated November 23, 2004 (Exhibit #9)

2. Rozum Memo dated January 13, 2004 (Exhibit #8)

3. Rozum Memo dated January 13, 2004 (Exhibit #1)

4. McElhinney Transfer Bridge Diagram (Exhibit #2)

5. McKenna Report – Attachment No. 1 (2 pages)

6. Parts, Operation and Maintenance Manual for Hand Winch Models HM8/HM8W (5 Ton)

7. Five (5) Photographs of M/V WHALING CITY EXPRESS

8. Fourteen (14) Photographs of Transfer Bridge, winch and vessel (taken during inspection)

9. McKenna Report – Photographs (5 Photos)

10. M/V WHALING CITY EXPRESS' Daily Vessel Log

2

The Defendant reserves the right to offer any exhibit identified and/or listed by the Plaintiff, any necessary rebuttal evidence, and any witness necessary to authenticate any exhibit/document which is introduced as evidence during the trial.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   July 13, 2007