UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11443-GAO

**ETHAN THOMAS**
    **Plaintiff,**

**VS.**

**NEW ENGLAND FAST FERRY**
**OF MASSACHUSETTS, LLC**
    **Defendant.**

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their undersigned counsel, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 20th day of August, 2007.

| ATTORNEY FOR PLAINTIFF, | ATTORNEY FOR DEFENDANT, |
|---|---|
| "/s/David J. Berg" | "/s/Thomas J. Muzyka" |
| **David J. Berg, Esq.** | **Thomas J. Muzyka, Esq.** |
| BBO No.  558624 | BBO No. 365540 |
| Latti & Anderson LLP | **Terence G. Kenneally, Esq.** |
| 30-31 Union Wharf | BBO No. 642124 |
| Boston, MA 02109 | Clinton & Muzyka, P.C. |
| 617-523-1000 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |